**The below described is SIGNED.**

Dated: September 17, 2014    /s/ William J. Thurman



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

*tks*

---

ARMAND J. HOWELL, USB #10029
DAVID J. HATCH, USB #14057
**MATHESON & HOWELL PC**
Attorneys for Creditor
648 East First South
Salt Lake City, UT  84102
Telephone (801) 363-2244
File No. 011763m

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Chapter 7 |
|---|---|
| Michael J Van Leeuwen | Bankruptcy Case No. 14-25295 |
| Debtor. | Judge:  William T. Thurman |

**ORDER TERMINATING THE AUTOMATIC STAY**

Bank of America, N.A., its successors and assignees in interest, ("Creditor"), filed a Motion for Relief from Automatic Stay.  This matter came before the court as a final evidentiary hearing on Wednesday, September 3, 2014 at 10:00 am, pursuant to notice, the Honorable William T. Thurman presiding.  Armand J. Howell appeared on behalf of Creditor, Dwight Epperson appeared on behalf of the Debtor and Gary E. Jubber appeared as the Chapter 7 Trustee.  Following the hearing and good cause

appearing therefore, it is hereby ordered, adjudged and decreed that the automatic stay in this case is hereby terminated to allow Creditor, its successors, and assigns, to exercise its rights and remedies under state law for the real property of the Debtor located at 4547 South Abinadi Road, Salt Lake City, in Salt Lake County, UT, more particularly described as follows:

> Lot 203, BALSAM RIDGE PARK PHASE II, according to the official plat thereof on file and of record in the Salt Lake County Recorder's Office.
>
> Together with a right of way over and across the following described property:
>
> Beginning at the Southernmost corner of Lot 5, Balsam Ridge Park Phase 1, said point being South 0°07' West 3,635.29 feet and East 495.70 feet from the North Quarter Corner of Section 1, Township 2 South, Range 1 East, Salt Lake Base and Meridian, and running thence North 51°00' East 160.84 feet to Abinadi Road; thence Northwesterly along the arc of a 50 feet radius curve to the right, chord bears North 9°34' West 40.18 feet, a distance of 41.36 feet; thence South 51°00' West 20.00 feet; thence South 6°00" West 14.14 feet; thence South 51°00' West 150.59 feet; thence South 39°00' East 25.00 feet to the point of beginning.
>
> Together with a right of way described as follows:
>
> Beginning at the Southeast corner of Lot 201, Balsam Ridge Phase 2, a Subdivision situated in the Southeast Quarter of Section 1, Township 2 South, Range 1 East, Salt Lake Base and Meridian, said point also being North 89°55'07" East 480.42 feet and South 3,626.26 feet from the North Quarter Corner of Section 1, and running thence South 39°00'00" East 12.50 feet; thence South 51°00'00" West 89.72 feet; thence South 42°34"00" West 43.00 feet to a point of a 40.00 foot radius curve to the right, the radius point of which bears South 72°09'23" East; thence along the arc of said curve through a central angle of 312°12'01" 217.957 feet; thence North 42°34'00" East 122.62 feet; thence North 51°00'00" Ease 91.56 feet; thence South 39°00'00" East 12.50 feet to the point of beginning.

Any post-petition acts taken after the effective date of this Order by the Movant to enforce its remedies in accordance with applicable non-bankruptcy law against the Debtor(s) or property of the estate shall not constitute a violation of the Stay in this bankruptcy case.

_ _ _ _ _ _ _ _ _ _ END OF ORDER _ _ _ _ _ _ _ _ _ _

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2014, I caused a true and correct copy of the foregoing Order to be mailed, postage prepaid, to the following:

Michael J Van Leeuwen
4547 South Abinadi Road
Salt Lake City, UT  84124
Debtor

Armand J. Howell
648 East First South
Salt Lake City, UT  84102

Dwight Epperson
420 E. South Temple
Suite 470
Salt Lake City, UT  84111
Debtor's Attorney

Gary E. Jubber tr
215 South State Street
Suite 1200
Salt Lake City, UT  84111
Chapter 7 Trustee

_____
United States Bankruptcy Clerk